```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
THERESA ROCKOVICH,                                            :
                              Plaintiff,                      :
                                                              :    22 Civ. 3428 (LGS)
              -against-                                       :
                                                              :         ORDER
DEEJAYZOO, LLC D/B/A SHHHOWERCAP,                             :
                              Defendant.                      :
                                                              :
------------------------------------------------------------- X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated August 2, 2022, required the parties to file a status letter on October 3, 2022, as outlined in Individual Rule IV.A.2;

WHEREAS, the parties failed to submit the letter.  It is hereby

**ORDERED** that, by **October 6, 2022**, the parties shall file the status letter.

Dated: October 4, 2022
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**